| | |
|---|---|
| CASE NO.: _____ | HOPKINS COUNTY CIRCUIT COURT<br>DIVISION _____<br>JUDGE_____ |

**MATTHEW CLIFTON**                                                            **PLAINTIFF**
**725 BEAVER CREEK DR.**
**MADISONVILLE, KY 42431**

VS.                              **COMPLAINT**

**RURAL KING HOLDINGS, LLP**                                  **DEFENDANT**
**4216 DEWITT AVE.**
**MATTOON, IL 61938**

        **SERVE: C T CORPORATION SYSTEM**
                  **306 W. MAIN STREET**
                  **SUITE 512**
                  **FRANKFORT, KY 40601**

********

Comes now the Plaintiff, Matthew Clifton, by and through counsel, and for his Complaint against the Defendant Rural King Holdings, LLP, states and represents as follows:

**JURISDICTION AND VENUE**

1. That all times relevant to this lawsuit, Plaintiff, Matthew Clifton, is an adult citizen of Kentucky with a residence at 725 Beaver Creek Dr., Madisonville, KY 42431;

2. That Defendant's principal office is located at 4216 Dewitt Ave., Mattoon, IL 61938;

3. That Defendant has an office located at 1650 S. Main St., Madisonville, KY 42431. This is where Plaintiff was employed;

4. That Defendant may be served pursuant to Ky. R. Civ. P. 4.04, through the C T Corporation System at 306 W. Main Street, Suite 512, Frankfort, KY 40601;

5. That all actions relevant to this case took place in Madisonville, Kentucky;

6. That Plaintiff's damages exceed the jurisdictional limit for this Court; therefore, jurisdiction is proper;

7. Venue lies properly in this Court;

## FACTS

8. The Plaintiff incorporates the preceding paragraphs above as fully set forth herein;

9. That Plaintiff began working for Defendant on or around June 29, 2021, making $10.00 an hour;

10. That previously, in 2013, Plaintiff was convicted on a criminal abuse charge and served out his full sentence;

11. That Plaintiff applied for a position as a cashier and honestly filled out the online application **(See Exhibit 1)**;

12. That Defendant was aware Plaintiff was a convicted felon because they performed a background check on Plaintiff before they hired him. Additionally, the hiring manager was one of Plaintiff's wife's friends and she knew Plaintiff had previously been in prison;

13. That, initially, Defendant allowed Plaintiff to come to work before they received the results of his background check. **(See Exhibit 2 and Exhibit 3)**. Once Defendant received Plaintiff's background check, in early July, and saw he had a previous criminal conviction, Defendant still allowed Plaintiff to continue to work;

14. That previously in 2018, Plaintiff had surgery for a hernia, and after he began working for Defendant, while he was unloading pallets, pain from his previous hernia returned;

15. That Plaintiff went to his doctor, and his doctor recommended he undergo surgery;

Presiding Judge: HON. CHRIS OGLESBY (604403)

COM : 000002 of 000006

16. That Plaintiff reported his prior hernia injury and surgery to Defendant and inquired about Defendant's policies regarding time off for surgery, workers compensation, and short-term disability;

17. That on or around July 21, 2021, one day after Plaintiff notified Defendant of his pending surgery, he was called into the office and told that upon Defendant discovering that Plaintiff was a convicted felon, he was being terminated;

18. That Defendant had known for several weeks that Plaintiff was a convicted felon and had offered him the job despite this knowledge. Defendant did not have a problem with Plaintiff working until they found out they would have to accommodate his injury;

19. That Defendant's reason for terminating Plaintiff is mere pretext for unlawful discrimination, failure to accommodate, and retaliation against Plaintiff;

## DISABILITY DISCRIMINATION

20. Plaintiff hereby incorporates the preceding paragraphs above as fully set forth herein;

21. That it is unlawful in Kentucky to discharge or discriminate against an individual on the basis of the individual's disability status, pursuant to KRS § 344.040;

22. That Plaintiff meets the definition of "qualified individual with a disability" pursuant to KRS § 344.030;

23. That Plaintiff meets the definition of "employee" pursuant to KRS § 344.030;

24. That PNC Bank meets the definition of "employer" pursuant to KRS § 344.030;

25. That Defendant discriminated against Plaintiff by terminating his employment once they found out Plaintiff would need to undergo a second surgery for his hernia;

26. That Plaintiff having shown that he was discriminated against by Defendant, has suffered and will continue to suffer monetary loses based on humiliation, loss of income,

embarrassment, mortification of feelings, and all benefits accrued by Plaintiff while working for Defendant;

## FAILURE TO ACCOMMODATE

27. Plaintiff hereby incorporates the preceding paragraphs above as fully set forth herein;

28. That pursuant to *Larison v. Home of the Innocents*, 551 S.W.3d 36 (Ky. Ct. App. 2018), in order to establish a prima facie case of failure to accommodate, a Plaintiff must show (1) that he or she had a disability within the meaning of KRS § 344.010(4); (2) that, despite the disability, he or she was otherwise qualified to perform the essential functions of the job in question, either with or without reasonable accommodation; (3) that the employer knew or had reason to know about his or her disability; (4) that he or she requested an accommodation, and (5) that the employer failed to provide the necessary accommodations;

29. That, (1) Plaintiff meets the definition of "disability" under KRS § 344.010(4);

30. That, (2) Plaintiff was still able to perform the essential functions of his job with reasonable accommodations;

31. That, (3) Plaintiff advised Defendant of his disability;

32. That, (4) Plaintiff requested a reasonable accommodation, to have time off and be placed on short-term disability;

33. That, (5) Defendant failed to provide Plaintiff with the necessary accommodations and instead terminated his employment;

34. That Plaintiff having shown that Defendant failed to accommodate his reasonable requests, has suffered and will continue to suffer monetary loses based on humiliation,

Filed 21-CI-00653 10/22/2021 Tanya Bowman, Hopkins Circuit Clerk

NOT ORIGINAL DOCUMENT
11/16/2021 09:55:55 AM
38265

loss of income, embarrassment, mortification of feelings, and all benefits accrued by Plaintiff while working for Defendant;

### RETALIATION UNDER KRS 342.197

35. Plaintiff hereby incorporates the preceding paragraphs above as fully set forth herein;

36. That under KRS § 342.197 no employee shall be harassed, coerced, discharged, or discriminated against in any manner whatsoever for filing and pursuing a lawful claim under this chapter;

37. That Plaintiff inquired about Workers Compensation after notifying Defendant of his injury and need for future surgery;

38. That one day after Plaintiff inquired about filing for Workers Comp, Defendant terminated his employment;

39. That Plaintiff having shown that he was retaliated against by Defendant, has suffered and will continue to suffer monetary loses based on humiliation, loss of income, embarrassment, mortification of feelings, and all benefits accrued by Plaintiff while working for Defendant;

**WHEREFORE,** the Plaintiff, Matthew Clifton, prays this Court:

1. Declare Defendant's actions in violation of Plaintiff's rights;
2. Award Plaintiff damages for Defendant's violation of KRS § 344.040;
3. Award Plaintiff damages for Defendant's Failure to Accommodate;
4. Award Plaintiff damages for Defendant's violation of KRS § 342.197;
5. Award Plaintiff court costs herein reported;
6. Award Plaintiff costs, interest, and attorney's fees pursuant to KRS § 344.450;
7. Award Plaintiff pre-judgment and post-judgment interest;

Presiding Judge: HON. CHRIS OGLESBY (604403)

Filed 21-CI-00653 10/22/2021 Tanya Bowman, Hopkins Circuit Clerk

COM : 000005 of 000006

EXHIBIT 1

8. Award Plaintiff statutory and punitive damages;

9. Grant Plaintiff such further relief as this Court may deem just and proper;

10. Plaintiff reserves the right to amend this Complaint;

## JURY DEMAND

Plaintiff, Matthew Clifton, demands a jury to try all issues triable by jury.

Respectfully Submitted,

*s/ Brian G. Abell*
Brian G Abell
ABELL ATTORNEYS
1387 S. 4th St.
Louisville, Kentucky 40208
(502) 242-7185
brian@attorneyabell.com



## Thank you for your application  Inbox

 Rural King @ icims  Jun 7
to me

Dear Matthew,

Thank you very much for your recent application to the Cashier position at Rural King. Your resume will be reviewed by our recruiting staff, and we will contact you soon, should we feel that your background meets our current needs.

Thanks again.

Rural King

*This is an automated email response. Please do not reply.*

If you no longer wish to receive e-mail from Rural

  

EXHIBIT 1

← **Josh Victoria**
Active 20 minut...

JUN 28 AT 7:37 AM

I sent you the background check, and paperwork to your email.

Ok. Just finished background pulling up paperwork now.

JUN 28 AT 8:18 AM

Hey, I got it all done

JUN 28 AT 3:49 PM

Ok, waiting for your background check to come back.

Ok

JUN 29 AT 2:55 PM

Jay said I could go ahead and bring yc ↓ ı without your background check

EXHIBIT 1

Filed 21-CI-00653 10/22/2021 Tanya Bowman, Hopkins Circuit Clerk

NOT ORIGINAL DOCUMENT
11/16/2021 09:57:19 AM

**Josh Victoria**
Active 20 minut...

Ok

JUN 29 AT 2:55 PM

Jay said I could go ahead and bring you in without your background check being back yet.

Can you come in tomorrow and work 7-3 tomorrow?

We will do your drug test first thing after our meeting and then I will need two forms of ID

Ok sounds good
See you at 7am

JUN 29 AT 3:15 PM

Alrighty

↓

JUL 8 At 8:12 PM

EXH : 000001 of 000001   Presiding Judge: HON. CHRIS OGLESBY (604403)

EXHIBIT 1

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>11/16/2021<br>38265<br>Case #: **21-CI-00653**<br>Court: **CIRCUIT**<br>County: **HOPKINS** |

*Plantiff,* **CLIFTON, MATTHEW VS. RURAL KING HOLDINGS, LLP**, *Defendant*

TO:  **C T CORPORATION SYSTEM**
     **306 W. MAIN ST.**
     **FRANKFORT, KY 40601**

Memo: Related party is RURAL KING HOLDINGS, LLP

The Commonwealth of Kentucky to Defendant:
**RURAL KING HOLDINGS, LLP**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Tanya Bowman, Hopkins
Circuit Clerk
Date: **10/22/2021**

Presiding Judge: HON. CHRIS OGLESBY (604403)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____      _____
                                Served By

                                _____
                                Title

Summons ID: @00000159133
CIRCUIT: 21-CI-00653 Certified Mail
CLIFTON, MATTHEW VS. RURAL KING HOLDINGS, LLP



Page 1 of 1



CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>11/16/2021<br>Case #: **21-CI-00653**<br>Court:  **CIRCUIT**<br>County: **HOPKINS** |

*Plantiff,* **CLIFTON, MATTHEW VS. RURAL KING HOLDINGS, LLP**, *Defendant*

TO: **RURAL KING HOLDINGS, LLP**
   **4216 DEWITT AVE.**
   **MATTOON, IL 61938**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ Tanya Bowman, Hopkins
                    Circuit Clerk
                    Date: **10/22/2021**

Presiding Judge: HON. CHRIS OGLESBY (604403)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____         _____
                                     Served By

                                     _____
                                     Title

Summons ID: @00000159132
CIRCUIT: 21-CI-00653 Certified Mail
CLIFTON, MATTHEW VS. RURAL KING HOLDINGS, LLP



Page 1 of 1


eFiled